UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                §
                                      §
MORGAN-WASHINGTON, ANGELA             §       Case No. 09-27248
                                      §
                                      §
           Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/14/2010 in Courtroom 642,
                    United States Courthouse
                    219 S. Dearborn
                    Chicago, Il 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____


*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
MORGAN-WASHINGTON, ANGELA § Case No. 09-27248
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 5,000.95 |
| *and approved disbursements of* | $ | 2.71 |
| *leaving a balance on hand of*[1] | $ | 4,998.24 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: Robert B. Katz* | $ 1,250.10 | $ 0.00 |
| *Attorney for trustee: David Brown* | $ 787.50 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |
| *Other:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,113.71 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *PYOD LLC as assignee of Citibank* | $ 13,658.91 | $ 1,089.60 |
| *000002* | *Fia Card Services, NA/Bank of America* | $ 6,821.12 | $ 544.14 |
| *000003* | *PYOD LLC as assignee of Citibank* | $ 6,454.03 | $ 514.85 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | HealthCare Associates Credit Union | $ 10,179.65 | $ 812.05 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Robert B. Katz

Robert B. Katz
53 West Jackson Boulevard
Suite 1320
Chicago, IL 60604

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: rgreen                 Page 1 of 1              Date Rcvd: Aug 16, 2010
Case: 09-27248                Form ID: pdf006              Total Noticed: 22
```

The following entities were noticed by first class mail on Aug 18, 2010.
```
db           +Angela Morgan-Washington,    3931 W 84th Pl,    Chicago, IL 60652-3243
aty          +David R Brown, ESQ,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
aty          +Robert B Katz,    Springer Brown Covey Gaetner & Davis,    400 S County Farm Road Suite 330,
               Wheaton, IL 60187-4547
aty          +Ross T Brand,    Law Offices of Peter Francis Geraci,    55 E. Monroe St. # 3400,
               Chicago, IL 60603-5920
aty          +Springer, Brown, Covey, Gaertner, & Davis LLC,    400 S Country Farm Road Ste 330,
               Wheaton, IL 60187-4547
tr           +Robert B Katz, ESQ,    Law Offices Of Robert B Katz,    53 West Jackson Blvd,    Suite 1320,
               Chicago, IL 60604-4174
14234627     +Bank of America,    Bankruptcy Dept,    PO Box 17054,    Wilmington, DE 19850-7054
14234623      Carson Pirie Scott,    Bankruptcy Department,    PO Box 17633,    Baltimore, MD 21297-1633
14234626     +Citicorp Credit Services, Inc.,    Centralized Bankruptcy,    PO Box 20507,
               Kansas City, MO 64195-0507
14234619     +Equifax,    Attn: Bankruptcy Dept.,    P.O. Box 740241,    Atlanta, GA 30374-0241
14234620     +Experian,    Attn: Bankruptcy Dept.,    P.O. Box 2002,    Allen, TX 75013-2002
14234625     +HSBC,    Bankruptcy Department,    PO Box 5253,    Carol Stream, IL 60197-5253
14234629      Health Associates Credit Union,    Attn: Bankruptcy Dept.,    PO Box 31112,    Tampa, FL 33631-3112
15336137     +HealthCare Associates Credit Union,    1151 East Warrenville Road,    Naperville, IL 60563-9415
14234618     +Marshall & Ilsley BANK,    Attn: Bankruptcy Dept.,    770 N Water St,    Milwaukee, WI 53202-3509
15045055     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14234624     +Sears,    Bankruptcy Department,    PO Box 182156,    Columbus, OH 43218-2156
14234621     +TransUnion,    Attn: Bankruptcy Dept.,    P.O. Box 1000,    Chester, PA 19016-1000
14234630     +Washington Mutual Home Loans,    Attn: Bankruptcy Dept.,    PO Box 44118,
               Jacksonville, FL 32231-4118
14234622      Wells Fargo,    Bankruptcy Department,    PO Box 98784,    Las Vegas, NV 89193-8784
```

The following entities were noticed by electronic transmission on Aug 16, 2010.
```
14234628      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 17 2010 01:29:46     Discover Card,
               Bankruptcy Department,    PO Box 30395,    Salt Lake City, UT 84130
15271923      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 17 2010 01:29:14
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2010**                    **Signature:** *Joseph Speetjens*