UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
MORGAN-WASHINGTON, ANGELA § Case No. 09-27248
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on             . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Robert B. Katz_____
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| DAVID BROWN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000004 | HEALTHCARE ASSOCIATES CREDIT UNION | | | | | |
| 000001 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000003 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-27248 PS Judge: SUSAN PIERSON SONDERBY | | | Trustee Name: | Robert B. Katz |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MORGAN-WASHINGTON, ANGELA | | | Date Filed (f) or Converted (c): | 07/28/09 (f) |
| | | | | 341(a) Meeting Date: | 09/03/09 |
| For Period Ending: | 10/11/10 | | | Claims Bar Date: | 04/28/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3931 W. 84th Pl Chicago, IL 60652 | 125,000.00 | 0.00 | | 0.00 | FA |
| 2. 2004 Toyota Camry with 40,000 miles | 6,625.00 | 5,000.00 | | 5,000.00 | FA |
| 3. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.13 | Unknown |
| 4. BANK ACCOUNTS | 1,563.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. BOOKS AND ART OBJECTS | 50.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 8. FURS & JEWELRY | 250.00 | 0.00 | | 0.00 | FA |
| 9. INSURANCE POLICIES | 1,200.00 | 0.00 | | 0.00 | FA |
| 10. PENSION PLANS AND PROFIT SHARING | 26,000.00 | 0.00 | | 0.00 | FA |
| 11. 1994 Toyota Camry with 70,000 miles. | 500.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $162,888.00 | $5,000.00 | | $5,001.13 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee settled claim for equity in debtor's auto.

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): 12/31/10

LFORM1     Ver: 16.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-27248 -PS | | Trustee Name: | Robert B. Katz |
| Case Name: | MORGAN-WASHINGTON, ANGELA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1979 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1055 | | | |
| For Period Ending: | 10/11/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/07/09 | 2 | Angela Morgan-Washington<br>3931 W. 84th Pl<br>Chicago, IL 60652 | SETTLE TRUSTEE CLAIM Ct.O. 12/29/09 | 1129-000 | 5,000.00 | | 5,000.00 |
| 12/31/09 | 3 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 5,000.07 |
| 01/29/10 | 3 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.12 | | 5,000.19 |
| 02/26/10 | 3 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.12 | | 5,000.31 |
| 03/31/10 | 3 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,000.45 |
| 04/30/10 | 3 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.12 | | 5,000.57 |
| 05/25/10 | 000101 | International Sureties, LTD.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond #016026455<br>02/01/10 to 02/01/11 | 2300-000 | | 2.71 | 4,997.86 |
| 05/28/10 | 3 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.13 | | 4,997.99 |
| 06/30/10 | 3 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.13 | | 4,998.12 |
| 07/30/10 | 3 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.12 | | 4,998.24 |
| 08/31/10 | 3 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.13 | | 4,998.37 |
| 09/14/10 | 3 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 4,998.42 |
| 09/14/10 | | Transfer to Acct #*******2101 | Final Posting Transfer | 9999-000 | | 4,998.42 | 0.00 |

Page Subtotals 5,001.13 5,001.13

Ver: 16.00

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

| Case No: | 09-27248 -PS | | Trustee Name: | Robert B. Katz |
| Case Name: | MORGAN-WASHINGTON, ANGELA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1979 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1055 | | | |
| For Period Ending: | 10/11/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,001.13 | 5,001.13 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 4,998.42 | |
| | | | Subtotal | | 5,001.13 | 2.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,001.13 | 2.71 | |

Page Subtotals    0.00    0.00

Ver: 16.00

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 09-27248 -PS | | Trustee Name: | Robert B. Katz |
| Case Name: | MORGAN-WASHINGTON, ANGELA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2101 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1055 | | | |
| For Period Ending: | 10/11/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/10 | | Transfer from Acct #*******1979 | Transfer In From MMA Account | 9999-000 | 4,998.42 | | 4,998.42 |
| 09/15/10 | 000101 | ROBERT B. KATZ 53 W. Jackson Suite 1320 Chicago, IL 60604 | Chapter 7 Compensation/Fees | 2100-000 | | 1,250.07 | 3,748.35 |
| 09/15/10 | 000102 | David Brown Spring, Brown, Covey, Gaertner & Davis 400 South County Farm Road Suite 330 Wheaton, IL 60187 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 787.50 | 2,960.85 |
| 09/15/10 | 000103 | PYOD LLC as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Claim 000001, Payment 7.97780% | 7100-000 | | 1,089.68 | 1,871.17 |
| 09/15/10 | 000104 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000002, Payment 7.97772% | 7100-000 | | 544.17 | 1,327.00 |
| 09/15/10 | 000105 | PYOD LLC as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Claim 000003, Payment 7.97781% | 7100-000 | | 514.89 | 812.11 |
| 09/15/10 | 000106 | HealthCare Associates Credit Union 1151 East Warrenville Road Naperville, IL 60563 | Claim 000004, Payment 7.97778% | 7100-000 | | 812.11 | 0.00 |

Page Subtotals 4,998.42 4,998.42

Ver: 16.00

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-27248 -PS | Trustee Name: | Robert B. Katz |
| --- | --- | --- | --- |
| Case Name: | MORGAN-WASHINGTON, ANGELA | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2101 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1055 | | |
| For Period Ending: | 10/11/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 4,998.42 | 4,998.42 | 0.00 |
| Less: Bank Transfers/CD's | 4,998.42 | 0.00 | |
| Subtotal | 0.00 | 4,998.42 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 4,998.42 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account (Interest Earn - ********1979 | 5,001.13 | 2.71 | 0.00 |
| Checking Account (Non-Interest Earn - ********2101 | 0.00 | 4,998.42 | 0.00 |
| | 5,001.13 | 5,001.13 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ Robert B. Katz
ROBERT B. KATZ
Date: 10/11/10

Page Subtotals  0.00  0.00

Ver: 16.00

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*